**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Carlos Ignacio PONCE, Defendant— Appellant.**

**No. 05–30011.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Oct. 18, 2005.

James P. Hagerty, Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff– Appellee.

Aaron F. Dalan, Esq., Yakima, WA, for Defendant–Appellant.

Before: T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

MEMORANDUM **

Carlos Ignacio Ponce appeals the district court's judgment imposing a 120– month sentence following his guilty-plea conviction for conspiracy to distribute a controlled substance, distribution of a controlled substance and possession with intent to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ponce contends on appeal, as he did below, that the district court improperly included his 1996 conviction for reckless driving in calculating his criminal history score because that prior conviction was totally suspended. We disagree. *See* U.S.S.G. § 4A1.2(a)(3). Moreover, the district court sentenced Ponce to the mandatory minimum under the statute of conviction. *See* 21 U.S.C. § 841.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.